# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEFAN CAIN,

        Plaintiff,

   v.

GREG GRAMS, JANEL NICKEL
and DYLAN RADTKE,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-145-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    This case is dismissed with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____7/13/09_____
Date